**MICHAEL R. BARRETTE (SBN 89017)**
**ATTORNEY AND COUNSELOR AT LAW**
**1168 Live Oak Blvd.**
**Yuba City, CA 95991**
**(530) 674-5996 – Telephone**
**(530) 674-7886 – Facsimile**
mbarrettelaw@yahoo.com

**RALPH R. NEVIS, ESQ. (SBN 202730)**
**DAY CARTER MURPHY, LLP**
**3620 American River Drive, Suite 205**
**Sacramento, CA 95864**
**(916) 246-7309 – Telephone**
**(916) 570-2525 – Facsimile**
RNevis@daycartemurphy.com

Attorneys for Defendant SACRAMENTO PACKING, INC.,

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD JANSSEN GmbH, a German limited liability company,** | **CASE NO. 2:19-CV-01636 WBS-EFB** |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE TRIAL DATES, PRETRIAL AND TRIAL DEADLINES** |
| vs. | |
| **SACRAMENTO PACKING, INC., a California corporation,** | |
| Defendant. | |
| _____ | |
| **SACRAMENTO PACKING, INC., a California corporation,** | |
| Counterclaim Plaintiff, | |
| vs. | |
| **RICHARD JANSSEN GmbH, a German limited liability company,** | |
| Counterclaim Defendant. | |
| _____ / | |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties that:

WHEREAS, Plaintiff RICHARD JANSSEN GmbH filed their Complaint on August 22 2019 and First Amended Complaint on November 27, 2019 in the United States District Court for the Eastern District of California;

WHEREAS, Defendant SACRAMENTO PACKING, INC. filed an Answer to Plaintiff's First Amended Complaint and Counterclaim on December 11, 2019;

WHEREAS, the Court initially set a Final Pretrial Conference on February 16, 2021 at 1:30 pm and Jury trial on April 13, 2021 at 9:00 am.;

WHEREAS, the Court initially ordered the following deadlines:

- Disclosure of experts and production of reports by June 1, 2021;
- Disclosure of experts intended solely for rebuttal and production of reports by September 30, 2020;
- Discovery cut-off by October 30, 2020;
- Motions to compel discovery heard by October 30, 2020;
- All motions, except motions for continuances, temporary restraining orders, or other emergency applications filed on or before December 14, 2020;

WHEREAS, the Governor of the State of California declared a state of emergency on March 4, 2020 in response to the outbreak of COVID-19 which has been followed by local and statewide orders since and to current;

WHEREAS, the President of the United States has declared a national emergency in response to the outbreak of COVID-19, also known as the "Coronavirus" (Donald J. Trump, Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak (Mar. 13, 2020), https://www.whitehouse.gov/presidentialactions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-diseasecovid-19-outbreak;

WHEREAS, the United States' has enacted travel restriction in response to COVID-19

which prohibited the entry of any persons who have been in Germany during the past 14 days, with limited exceptions;

WHEREAS, Plaintiff RICHARD JANSSEN GmbH has witnesses who are essential to the prosecution of its case who are located in the country of Germany, and the duration of the travel restrictions imposed by the United States is uncertain and may prevent the transportation of essential witnesses to the currently set trial on April 13, 2021;

WHEREAS, counsel for the parties have worked diligently to prepare their cases and to move forward expeditiously with discovery;

WHEREAS, the production of the witnesses and documents must be delayed beyond the current pre-trial scheduling order's deadlines because COVID-19 health and safety requirements, both advised and mandatory, limit access to certain workplaces and document repositories;

WHEREAS, counsel for the parties have met and conferred regarding the long-term impact of the world emergency, including shelter-in-place orders in effect throughout the country, on preparing this case for trial, including obtaining records, locating, interviewing, and deposing percipient witnesses;

WHEREAS, all parties agree that the continuing world emergency in response to the outbreak of COVID-19 necessitates the continuance of the trial date, pre-trial and trial deadlines in order to allow the parties to adequately prepare their cases for trial;

Based on the foregoing, the parties propose and stipulate that the case schedule be revised as follows:

- Disclosure of experts and production of reports by Friday, April 30, 2021;
- Disclosure of experts intended solely for rebuttal and production of reports by Monday, June 1, 2021;
- Discovery cut-off by Wednesday, June 30, 2021;
- Motions to compel discovery heard by Wednesday, June 30, 2021;
- All motions, except motions for continuances, temporary restraining orders, or other emergency applications filed on or before Monday, August 16, 2021;

- Final Pretrial Conference on Tuesday, October 25, 2021 at 1:30 pm;
- Jury trial on Tuesday, December 7, 2021 at 9:00 am.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

**DATED:** August 25, 2020        /s/ Michael R. Barrette
**MICHAEL R. BARRETTE,** Attorney for Defendant SACRAMENTO PACKING, INC.

**DATED:** August 25, 2020        /s/ R. Jeffrey Warren
**R. JEFFREY WARREN,** Attorney for Plaintiff RICHARD JANSSEN, GMBH

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective counsel that:

1. Disclosure of experts and production of reports by Friday, April 30, 2021;
2. Disclosure of experts intended solely for rebuttal and production of reports by Tuesday, June 1, 2021;
3. Discovery cut-off by Wednesday, June 30, 2021;
4. Motions to compel discovery heard by Wednesday, June 30, 2021;
5. All motions, except motions for continuances, temporary restraining orders, or other emergency applications filed on or before Monday, August 16, 2021;
6. Final Pretrial Conference on Tuesday, October 25, 2021 at 1:30 pm;
7. Jury trial on Tuesday, December 7, 2021 at 9:00 am.

IT IS SO ORDERED.

Dated:  August 26, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE