Barry L. Goldner, SBN 107126
R. Jeffrey Warren, SBN 266454
KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Ave., Second Floor
Bakersfield, CA 93309
 Telephone:   661-395-1000
 Facsimile:   661-326-0418
 Email:       jwarren@kleinlaw.com

Attorneys for Plaintiff
RICHARD JANSSEN, GmbH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD JANSSEN, GmbH, a German limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> SACRAMENTO PACKING, INC., a California corporation <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM | Case No. 2:19-CV-01636-WBS-EFB <br><br> **STIPULATION TO CONTINUE TRIAL DATES, PRETRIAL AND TRIAL DEADLINES** <br><br> First Amended Complaint Filed: 11/27/2019 |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties that:

WHEREAS, Plaintiff RICHARD JANSSEN GmbH filed their Complaint on August 22 2019 and First Amended Complaint on November 27, 2019 in the United States District Court for the Eastern District of California;

WHEREAS, Defendant SACRAMENTO PACKING, INC. filed an Answer to Plaintiff's First Amended Complaint and Counterclaim on December 11, 2019;

WHEREAS, the Governor of the State of California declared a state of emergency on March 4, 2020 in response to the outbreak of COVID-19 which has been followed by

local and statewide orders since and to current;

WHEREAS, the President of the United States declared a national emergency in response to the outbreak of COVID-19, also known as the "Coronavirus" (Donald J. Trump, Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak (Mar. 13, 2020), https://www.whitehouse.gov/presidentialactions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-diseasecovid-19-outbreak;

WHEREAS, the United States' has enacted travel restriction in response to COVID-19 which prohibited the entry of any persons who have been in Germany during the past 14 days, with limited exceptions;

WHEREAS, by previous stipulation of the parties (Doc. 18), the Court ordered (Doc. 19) the following deadlines and hearing dates:

- Disclosure of experts and production of reports by Friday, April 30, 2021;
- Disclosure of experts intended solely for rebuttal and production of reports by Tuesday, June 1, 2021;
- Discovery cut-off by Wednesday, June 30, 2021;
- Motions to compel discovery heard by Wednesday, June 30, 2021;
- All motions, except motions for continuances, temporary restraining orders, or other emergency applications filed on or before Monday, August 16, 2021;
- Final Pretrial Conference on Tuesday, October 25, 2021 at 1:30 pm;
- Jury trial on December 7, 2021 at 9:00 am.

WHEREAS, Plaintiff RICHARD JANSSEN GmbH has witnesses who are essential to the prosecution of its case who are located in the country of Germany, and the duration of the travel restrictions imposed by the United States is uncertain and may prevent the transportation of essential witnesses to the currently set trial on December 7, 2021;

WHEREAS, counsel for the parties have worked diligently to prepare their cases and to move forward expeditiously with discovery;

| | |
|---|---|
| 1 | WHEREAS, the production of the witnesses and documents must be delayed |
| 2 | beyond the current pre-trial scheduling order's deadlines because COVID-19 health and |
| 3 | safety requirements, both advised and mandatory, limit access to certain workplaces and |
| 4 | document repositories; |
| 5 | WHEREAS, counsel for the parties have met and conferred regarding the long- |
| 6 | term impact of the world emergency, including shelter-in-place orders in effect throughout |
| 7 | the country, on preparing this case for trial, including obtaining records, locating, |
| 8 | interviewing, and deposing percipient witnesses; |
| 9 | WHEREAS, all parties agree that the continuing world emergency in response to |
| 10 | the outbreak of COVID-19 necessitates the continuance of the trial date, pre-trial and trial |
| 11 | deadlines in order to allow the parties to adequately prepare their cases for trial; |
| 12 | WHEREAS, the parties are further engaged in settlement discussions and desire to |
| 13 | employ their resources attempting to reach settlement of this matter. |
| 14 | Based on the foregoing, the parties propose and stipulate that the case schedule be |
| 15 | revised as follows: |
| 16 | • Disclosure of experts and production of reports by Friday, January 7, 2021; |
| 17 | • Disclosure of experts intended solely for rebuttal and production of reports by |
| 18 | Tuesday, February 1, 2022; |
| 19 | • Discovery cut-off by Wednesday, March 2, 2022; |
| 20 | • Motions to compel discovery heard by Wednesday, March 2, 2022; |
| 21 | • All motions, except motions for continuances, temporary restraining orders, or |
| 22 | other emergency applications filed on or before Monday, April 18, 2022; |
| 23 | • Final Pretrial Conference on Tuesday, June 21, 2022 at 1:30 pm; |
| 24 | • Jury trial on Tuesday, August 9, 2022 at 9:00 am. |
| 25 | //// |
| 26 | //// |
| 27 | //// |
| 28 | //// |

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

**DATED:** April 21, 2021  /s/ Michael R. Barrette
**MICHAEL R. BARRETTE,** Attorney for Defendant SACRAMENTO PACKING, INC.

**DATED:** April 21, 2021  /s/ R. Jeffrey Warren
**R. JEFFREY WARREN,** Attorney for Plaintiff RICHARD JANSSEN, GMBH

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that:

1. Disclosure of experts and production of reports by **Friday, January 7, 2022**;
2. Disclosure of experts intended solely for rebuttal and production of reports by Tuesday, **February 1, 2022**;
3. Discovery cut-off by **Wednesday, March 2, 2022**;
4. Motions to compel discovery heard by **Wednesday, March 2, 2022**;
5. All motions, except motions for continuances, temporary restraining orders, or other emergency applications filed on or before **Monday, April 18, 2022**;
6. Final Pretrial Conference on Tuesday, **June 20, 2022 at 1:30 p.m.**;
7. Jury trial on **Tuesday, August 9, 2022 at 9:00 a.m**.

**IT IS SO ORDERED.**

**Dated:** April 28, 2021

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE