Barry L. Goldner, SBN 107126
R. Jeffrey Warren, SBN 266454
KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Ave., Second Floor
Bakersfield, CA 93309
Telephone:   661-395-1000
Facsimile:  661-326-0418
Email:        jwarren@kleinlaw.com

Attorneys for Plaintiff
RICHARD JANSSEN, GmbH

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD JANSSEN, GmbH, a German limited liability company,<br><br>                              Plaintiff,<br><br>     v.<br><br>SACRAMENTO PACKING, INC., a California corporation<br><br>                              Defendant.<br><br>AND RELATED CROSS ACTION | Case No. 2:19-CV-01636-WBS-EFB<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE PRE-TRIAL CONFERENCE**<br><br>**<u>Final Pretrial Conf.:</u>**<br>Date:  6/21/22<br>Time:  1:30<br>Courtroom: 5 |

The parties are pleased to report that this matter has settled in all respects.

The parties have executed a written settlement agreement, which includes a provision that the Court will retain jurisdiction to enforce the agreement for a period of 18 months following dismissal of this action.

Shortly, the parties will file a stipulation for dismissal pursuant to Federal Rules of Civil Procedure, Ruel 41(a)(2), which stipulation will include a request that the Court retain jurisdiction as described above.  In the meantime, the parties request that the Court vacate each (1) the Final Pretrial Conference scheduled for June 21, 2022; and (2) the Jury Trial scheduled to commence August 9, 2022.

IT IS SO STIPULATED.

Dated: April 14, 2022                                              KLEIN, DENATALE, GOLDNER
                                                                                        COOPER, ROSENLIEB & KIMBALL, LLP

                                                          By:    ___S/ R. JEFFREY WARREN_____
                                                                       BARRY L. GOLDNER
                                                                       R. JEFFREY WARREN
                                                                       Attorneys for Plaintiff
                                                                       RICHARD JANSSEN, GmbH

Dated: April 14, 2022                                              ATTORNEY AND COUNSELOR AT LAW

                                                          By:    __S/ MICHAEL R. BARRETTE_____
                                                                       MICHAEL R. BARRETTE,
                                                                       Attorneys for Defendant
                                                                       SACRAMENTO PACKING, INC.

**ORDER**

IT IS SO ORDERED:

The parties shall file a stipulation for dismissal pursuant to Federal Rules of Civil Procedure, RulE 41(a)(2) no later than **June 21, 2022**, or a Joint Status Report by that date if settlement has not been finalized. A Status Conference is set in this action on **July 5, 2022 at 1:30 p.m.**, to be automatically vacated upon the parties' filing of the stipulated dismissal. The Pretrial Conference date of June 21, 2022 and Jury Trial date of August 9, 2022 are vacated.

Dated: April 15, 2022                          _____
                                                            WILLIAM B. SHUBB
                                                            UNITED STATES DISTRICT JUDGE

2