1 | Barry L. Goldner, SBN 107126
R. Jeffrey Warren, SBN 266454
2 | KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
3 | 10000 Stockdale Hwy., Ste. 200
Bakersfield, CA 93311
4 | Telephone:    661-395-1000
Facsimile:   661-326-0418
5 | Email:        jwarren@kleinlaw.com

6 | Attorneys for Plaintiff
RICHARD JANSSEN, GmbH

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

10

| | |
|---|---|
| 11 RICHARD JANSSEN, GmbH, a German limited liability company, | Case No. 2:19-CV-01636-WBS-EFB |
| 12 | **STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL** |
| 13 Plaintiff, | |
| 14 v. | Judge:  Hon William B. Shubb |
| 15 SACRAMENTO PACKING, INC., a California corporation | |
| 16 Defendant. | |
| 17 | |
| 18 AND RELATED CROSS ACTION | |
| 19 | |
| 20 | |

21

22        Plaintiff Richard Janssen, GmbH, and Defendant Sacramento Packing, Inc. hereby

23 stipulate under Federal Rule of Civil Procedure 41(a) that this action be dismissed with prejudice

24 as to all claims, causes of action, and parties, with each party bearing their own attorney's fees

25 and costs.

26 ////

27 ////

28 ////

Dated:  August 18, 2022

KLEIN, DENATALE, GOLDNER
COOPER, ROSENLIEB & KIMBALL, LLP

By:   _/s/ *R. Jeffrey Warren* [signed 8/18/22]___
BARRY L. GOLDNER
R. JEFFREY WARREN
Attorneys for Plaintiff
RICHARD JANSSEN, GmbH

Dated:  August 17, 2022

ATTORNEY AND COUNSELOR AT LAW

By:   _/s/ *Michael R. Barrette* [signed 8/17/22]_
MICHAEL R. BARRETTE,
Attorneys for Defendant
SACRAMENTO PACKING, INC.

***

ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs.  The Clerk is directed to close this file.

Dated:  August 19, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

STIPULATION OF DISMISSAL